**DISMISS and Opinion Filed August 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00556-CV**

**AKIA L. OVERTON, Appellant**
**V.**
**DISCOVER BANK, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02292-2022**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

The filing fee and clerk's record in this case have not been filed. By postcard June 5, 2023, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated June 30, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification appellant (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230556F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AKIA L. OVERTON, Appellant

No. 05-23-00556-CV          V.

DISCOVER BANK, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-02292-2022.
Opinion delivered by Justice Garcia. Justices Pedersen, III and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 23rd day of August 2023.